UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

JENNIFER MAGNY,

      Debtor

Chapter 13
Case No. 19-14296

## DEBTOR'S MOTION TO RECONSIDER MOTION TO DISMISS

Jennifer Magny, (the "Debtor") respectfully requests that the Court enter an Order reconsidering the Order on the Motion to Dismiss. In support, the Debtor states as follows:

1. Last week, there was a miscommunication between the Debtor and Counsel on whether or not to proceed with the bankruptcy case.

2. Shortly after filing the Motion to Dismiss, the Debtor subsequently clarified to Counsel she in fact did not want to dismiss the case, but wanted Counsel to withdraw. An Order dismissing the case entered while Counsel was drafting a Motion to Withdraw the Motion to Dismiss.

3. Counsel and the Debtor are having amicable discussions, but the Debtor is currently looking into possibly retaining new counsel.

WHEREFORE, Jennifer Magny respectfully requests that the Court enter an Order:

a. allowing her to reopen her case; and

b. for such other relief as the Court deems just and proper.

Dated: January 15, 2020

/s/ Herbert Weinberg
Herbert Weinberg
Rosenberg & Weinberg
805 Turnpike Street, Ste 201
North Andover, MA 01845
(978) 683-2479
Hweinberg@jrhwlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JENNIFER MAGNY,<br><br>Debtor | Chapter 13<br>Case No. 19-14296 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion to Reconsider was this day sent, by mailing, first class mail, postage prepaid, or through the Court's ECF systems to the following and those on the attached list:

| | |
|---|---|
| Jennifer Magny<br>20 Mercier Avenue<br>Dorchester, MA 02124 | Carolyn Bankowski<br>Chapter 13 Trustee<br>P.O. Box 8250<br>Boston, MA 02114 |
| U.S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 | Philip S. Levoff, Esquire<br>Law Offices of Philip S. Levoff<br>Attorney for Charles Street Family Chiropractic, Inc.<br>1172 Beacon Street, Suite 202<br>Newton, MA 02461-1148 |

Signed under the penalties of perjury this 15th day of January, 2020.

/s/ Herbert Weinberg
Herbert Weinberg
Rosenberg & Weinberg
805 Turnpike Street, Ste 201
North Andover, MA 01845
(978) 683-2479
Hweinberg@jrhwlaw.com

**Cavalry SPV I, LLC as assignee of Citibank, N.A.**
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595

**Charles Street Family Chiropractic, Inc.**
102 Charles Street
Boston, MA 02114

**Citibank**
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

**Discover Financial**
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

**Philip S. Levoff**
Law Offices of Philip S. Levoff
1172 Beacon Street
Newton, MA 02461

**Portfolio Recovery Associates, LLC**
Dept. 922
P.O. Box 4115
Concord, CA 94524

**Radius Global Solutions, LLC**
PO Box 390846
Minneapolis, MN 55439