UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JENNIFER MAGNY,<br><br>Debtor | Chapter 13<br>Case No. 19-14296 |

## MOTION TO EXTEND THE TIME FOR FILING SCHEDULES, CHAPTER 13 PLAN AND OTHER DOCUMENTS TO FEBRUARY 17, 2020

Jennifer Magny (the "Debtor") respectfully request that this Court enter an Order extending the time for filing her schedules, Chapter 13 Plan and all other documents to February 17, 2020. In support the Debtor represents as follows:

1. Counsel needs more time to ensure all outstanding documents are accurate.

2. No creditors will be harmed by a short continuance.

WHEREFORE, Jennifer Magny respectfully requests that this Court:

(a) extend the time for filing her schedules, Chapter 13 Plan and all other documents to February 17, 2020; and

(b) for such other relief as this Court deems just and proper.

Jennifer Magny,
By her counsel,

DATED: February 12, 2020

/s/ Herbert Weinberg_____
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JENNIFER MAGNY,<br><br>Debtor | Chapter 13<br>Case No. 19-14296 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Motion to Extend Time for filing Schedules, Chapter 13 Plan to February 17, 2020 and all other documents was this day sent, by mailing, first class mail, postage prepaid, or through the Court's ECF systems to the following:

| | |
|---|---|
| Jennifer Magny<br>20 Mercier Avenue<br>Dorchester, MA 02124 | Carolyn Bankowski<br>Chapter 13 Trustee<br>P.O. Box 8250<br>Boston, MA 02114 |
| U.S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 | Philip S. Levoff, Esquire<br>Law Offices of Philip S. Levoff<br>Attorney for Charles Street Family Chiropractic, Inc.<br>1172 Beacon Street, Suite 202<br>Newton, MA 02461-1148 |

Signed under the penalties of perjury this 12th day of February, 2020.

/s/ Herbert Weinberg
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-24769
hweinberg@jrhwlaw.com

2