

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> JENNIFER MAGNY, <br>     Debtor | Ch. 13 <br> 19-14296-FJB |

### Order

**MATTER:**

#44; Motion filed by Creditor Charles Street Family Chiropractic, Inc. for 2004 Examination of the Debtor, Jennifer Magny, with certificate of service. (Attachments: # 1 Schedule of Documents) (Burnett, Joshua)

No objection filed. The Movant is hereby granted leave to conduct a Rule 2004 examination of the Debtor. The Debtor is directed to produce the documents listed in the attached schedule on or before March 23, 2020.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 3/13/2020