UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

    JENNIFER MAGNY,

    DEBTOR.

CHAPTER 13
CASE NO. 19-14296 FJB

**RESPONSE TO CHAPTER 13 TRUSTEE'S OBJECTION
TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Jennifer Magny (the "Debtor") responds to the Chapter 13 Trustee's Objection to the Confirmation of the Debtor's Chapter 13 Plan (the "Objection") as follows:

1. The Debtor admits the allegations in Paragraph 1 of the Objection.
2. The Debtor admits the allegations in Paragraph 2 of the Objection.
3. The Debtor admits the allegations in Paragraph 3 of the Objection.
4. The Debtor denies the allegations in Paragraph 4 of the Objection.
5. The Debtor admits the allegations in Paragraph 5 of the Objection and the Debtor will amend Schedules A and C.
6. The Debtor denies the allegations in Paragraph 6 of the Objection as they were not creditors of the Debtor. The Debtor was allowed access to her mother's credit cards and Citicard and Discover were filed as creditors but filed no claim. Nordstrom was a single charge under $100.
7. The Debtor claimed a gross income in both schedule I and Form 122 of $4,000 a month and in fact had a less gross income. As reflected in her bank statements, she had gross income of $379.09 for December 10-17, 2019, $4,860.87 from December 10 to November 10, $2,688.13 from November 9 to October 9, and $3,671.22 from September 8 to October 9, 2019.
8. The Debtor denies the allegations in paragraph 8 of the Objection.
9. The Debtor will file an amended plan. On one hand, the Debtor had an unprecedented increase in income in the first three months of 2020 which is unfortunately over. On the other hand, her income going forward is likely to be less than pre-petition due to COVID-19 as the Debtor is in a person to person business; she sells disability insurance, life insurance and works as a real estate broker. Accordingly, the Debtor will seek to determine how much of

the short term burst of income can be paid to creditors while allowing her to make payments under her chapter 13 Plan.

WHEREFORE, Jennifer Magny respectfully requests that this Court:

a. deny the Objection to Confirmation of Plan; and

b. for such other relief as this Court deems just and proper.

Jennifer Magny,
By her counsel,

Dated:  June 10, 2020

/s/ Herbert Weinberg_____
Herbert Weinberg, BBO # 550415
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| IN RE: | CHAPTER 13 |
|---|---|
| JENNIFER MAGNY, | CASE NO. 19-14296 FJB |
| DEBTOR. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Response to Objection to Confirmation of Chapter 13 Plan was this day sent, by mailing, first class mail, postage prepaid, or through the Court's ECF systems to the following:

Jennifer Magny
20 Mercier Avenue
Dorchester, MA 02124

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski-13-12
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114

Joshua A. Burnett
Braucher & Amann, PLLC
764 Chestnut Street
Manchester, NH 03104

Philip S. Levoff
1172 Beacon Street
Suite 202
Newton, MA 02461

Signed under the penalties of perjury this 10th day of June, 2020.

/s/ Herbert Weinberg
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-24769
hweinberg@jrhwlaw.com