

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>JENNIFER MAGNY,<br>    Debtor | Ch. 13<br>19-14296-FJB |

**Order**

**MATTER:**

#61; Motion filed by Debtor Jennifer Magny to Amend Plan, [Re: 60 Amended Chapter 13 Plan] with certificate of service. (Weinberg, Herbert)

#69; Objection to Confirmation of Plan with certificate of service (RE: 60 Amended Chapter 13 Plan) filed by Creditor Charles Street Family Chiropractic, Inc. (Burnett, Joshua)

ORDER: No response having been filed, the objection to confirmation [#69] is hereby sustained, and debtor's motion to approve amended plan [#61] is hereby denied. The debtor is directed to file and serve on all creditors and interested parties a further amended plan and motion to approve the same and to file a certificate of such service, all on or before July 16, 2020 at 4:30 PM, failing which this case will be dismissed without further process.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 7/2/2020