UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JENNIFER MAGNY,<br><br>Debtor | Chapter 13<br>Case No. 19-14296 |

## MOTION TO DISMISS

Jennifer Magny, (the "Debtor"), respectfully requests that this Court enter an Order dismissing this case pursuant to 11 U.S.C. §1307.

                                                                                                             Respectfully Submitted,
Jennifer Magny,
By her attorney,

DATED:  July 27, 2020                     /s/ Herbert Weinberg
                                                          Herbert Weinberg, BBO #550415
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JENNIFER MAGNY,<br><br>Debtor | Chapter 13<br>Case No. 19-14296 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion to Dismiss was this day sent by mailing, first-class mail, postage prepaid or by electronic filing to the following:

Jennifer Magny
20 Mercier Avenue
Dorchester, MA 02124

Carolyn Bankowski
Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114

U.S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Philip S. Levoff, Esquire
Law Offices of Philip S. Levoff
Attorney for Charles Street Family Chiropractic, Inc.
1172 Beacon Street, Suite 202
Newton, MA 02461-1148

Signed under the pains and penalties of perjury this 27th day of July, 2020.

/s/ Herbert Weinberg
Herbert Weinberg, BBO # 550415
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com