**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Jennifer Magny<br>Debtor, | Chapter: 13<br>Case No: 19–14296<br>Judge Frank J. Bailey |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **debtor** was entered on 7/27/20 .

Date:8/11/20                                                                                                          By the Court,

                                                                                                                                Noe Calvo
                                                                                                                                Deputy Clerk
                                                                                                                                617–748–5344

87